**Michael Anthony KLIEBERT,
Plaintiff–Appellant,**

v.

**The UPJOHN COMPANY, et al.,
Defendants–Appellees.**

**No. 89–3406.**

United States Court of Appeals,
Fifth Circuit.

Jan. 22, 1991.

C. John Caskey, Baton Rouge, La., for plaintiff-appellant.

John J. Weigel and Vivian L. Madison, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, La., for Upjohn Co.

Kathleen A. Manning and Henri Wolbrette, III, McGlinchey, Stafford, Cellini & Lang, New Orleans, La., for Pfizer, Inc.

Wm. F. Bologna, Habans & Bologna, New Orleans, La., for American Cyanamid Co., etc.

Joseph P. Gordon, Jr., Phillip C. Rouse, and Henry A. Alsobrook, Jr., Adams & Reese, New Orleans, La., for Bristol–Myers Co. and E.R. Squibb & Sons, Inc.

Before CLARK, Chief Judge, GEE, POLITZ, KING, JOHNSON, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER and BARKSDALE, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for the filing of supplemental briefs.